UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-61257-CIV-Lenard/Garber

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHIRLEY A. VARNADO, a/k/a
SHIRLEY ANN VARNADO, a/k/a
SHIRLEY A. VARMADO,

    Defendant.
_____/

## ORDER

THE COURT has received the plaintiff's Motion to Compel Response to Plaintiff's Request for Production, etc. [DE 74] to which no timely response has been filed. Upon due consideration of said Motion and the Court being advised in the premises, it is hereby

ORDERED that said Motion to Compel is GRANTED. The defendant shall provide answers to plaintiff's interrogatories and documents in compliance with plaintiff's Request for Production, Request for Admission, and Interrogatories on or before 15 days from the date of this Order. It is further

ORDERED that plaintiff's application for sanctions is DENIED WITHOUT PREJUDICE.

DONE AND ORDERED in Chambers at Miami, Florida this 16th day of December, 2009.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE