UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-61257-CIV-Lenard/Garber

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHIRLEY A. VARNADO, a/k/a
SHIRLEY ANN VARNADO, a/k/a
SHIRLEY A. VARMADO,

    Defendant.
_____/

## **ORDER**

THE COURT has received the plaintiff's Status Report to the Court [DE 100]. In said Status Report, the plaintiff seeks an additional thirty (30) days within which to obtain service of process regarding the Court's Order of April 26, 2010 [DE 98]. Upon due consideration, it is hereby

ORDERED that plaintiff is granted an additional thirty (30) days from the date of this Order to obtain service of process on the defendant regarding the Court's Contempt Order.

DONE AND ORDERED in Chambers at Miami, Florida this 28th day of June, 2010.

                                              BARRY L. GARBER
                                              UNITED STATES MAGISTRATE JUDGE