UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-61257-CIV-Lenard/Garber

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHIRLEY A. VARNADO, a/k/a
SHIRLEY ANN VARNADO, a/k/a
SHIRLEY A. VARMADO,

    Defendant.
_____/

## ORDER

    THIS CAUSE is before the Court *sua sponte*. The Plaintiff has informed the Court that, consistent with previous efforts, the United States Marshal Service's attempts to serve Defendant, Shirley A. Varnado, with the Court's Order setting a contempt hearing [DE 103] have failed. Accordingly, it is

    ORDERED as follows:

    1. The contempt hearing set for July 27, 2010, is hereby CANCELLED.

    2. Proof of service or failure thereof by the United States Marshal Service shall be filed on or before ten (10) days from the date of this Order.

    DONE AND ORDERED in Chambers at Miami, Florida this 27th day of July, 2010.

                                                  _____
                                                  BARRY L. GARBER