UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-61257-CIV-Lenard/Garber

UNITED STATES OF AMERICA,

     Plaintiff,

v.

SHIRLEY A. VARNADO, a/k/a
SHIRLEY ANN VARNADO, a/k/a
SHIRLEY A. VARMADO,

     Defendant.

_____/

## ORDER

THE COURT has received the defendant's Notice of Filing [DE 110] by which she seeks to proceed in District Court without prepaying fees or costs by filing an Application appended to her Notice to Proceed in District Court Without Prepaying Fees or Costs.

Defendant's Application is without merit since the application specifically refers to a "plaintiff or petitioner in this case . . ."  The defendant is neither and accordingly, her Application is hereby DENIED.

In addition to the foregoing reason for denial, the record in this cause is replete with numerous Orders requiring the defendant to satisfy her discovery obligations, which she has failed to do.  All attempts to effect service upon her at the address she has listed have been unsuccessful.  Yet, in the matter now before the Court, she seeks relief and again lists her address as being the same as where attempted service upon her has been unsuccessful. It clearly appears to the Court that the defendant is engaged in a willful attempt to frustrate the processes of this Court.   Accordingly, the Court shall enter a Report and

Recommendation to the District Judge that a Final Judgment be entered against the defendant.

DONE AND ORDERED in Chambers at Miami, Florida this 27th day of October, 2010.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE