

FILED by VMC D.C.
AUG 31 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-61257-cv-JAL

UNITED STATES OF AMERICA
    Plaintiff,

v.

SHIRLEY A. VARNADO,
    Defendant.
_____/

### AFFIDAVIT, CLAIM OF EXEMPTION AND REQUEST FOR HEARING

BEFORE ME, the undersigned authority, personally appeared *Shirley A. Varnado* who was sworn and says: The money attached under the writ of garnishment issued and served in the above-styled proceeding is due to her for my personal retirement from the Office of Personnel Management, (OPM) Retirement, Pension & Benefits Division.

I claim exemptions from garnishment under the following categories as checked:

_____ 1. Head of family wages.

    a. I provide more than one-half of the support for a child or other dependent; have new earning of $500.00 or less per week.

    b. I provide more than one-half of the support for a child or other dependent, have net earnings of more than $500.00 per week, but have not agreed in writing to have my wages garnished.

__X__ 2. Social Security benefits.

__X__ 3. Supplemental Security Income Benefits.

_____ 4. Public assistance (Welfare)

_____ 5. Worker's Compensation

_____ 6. Unemployment Compensation.

_____ 7. Veterans' Benefits.

__X__ 8. Retirement or profit-sharing benefits or pension money.

____ 9. Life insurance benefits or cash surrender value of a life insurance policy or proceeds of annuity contract.

____ 10. Disability income benefits.

____ 11. Pre-paid College Trust Fund or Medical Savings Account

____ 12. Other exemptions as provided by law.

I request a hearing to decide the validity of my claim. Notice of the hearing should be given to me at:

Shirley A. Varnado
8442 SW 44 PL
Davie, FL 33328
(954) 452-5735

The statements made in this request are true and correct to the best of my knowledge and belief.

_[signature]_  8-30-2016
Defendant's Signature / Date

**STATE OF FLORIDA**

**COUNTY OF** Broward

Sworn to or affirmed and signed before me on 08\30\2016, by Shirley A. Varnado, _X_ Produced Identification via State of Florida Driver's License.

_[signature]_
(Signature of Notary Public –State of Florida)

Megan Ranya Grace Choudhry
Notary Public
State of Florida
My Commission Expires 05/17/2019
Commission No. FF 231435

2