UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 07-61257-CIV-LENARD/GARBER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHIRLEY A. VARNADO, a/k/a SHIRLEY ANN VARNADO a/k/a SHIRLEY A. VARMADO,

    Defendant.
_____/

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Plaintiff, UNITED STATES OF AMERICA, hereby requests an extension of time to respond to Defendant's Motion for Dissolution of Garnishment [D.E. 198] and states as follows:

1. On August 31, 2016, Defendant filed a Motion for Dissolution of Garnishment ("Motion") [D.E. 198] and Affidavit, Claim of Exemption, and Request/Motion for Hearing [D.E. 199].

2. The Motion does not refer to any particular garnishment and there is none on the court docket. Plaintiff is in need of additional time to research exactly to what the Defendant seeks to dissolve.

3. Pursuant to Local Rule 7.1(a)(3), the undersigned counsel attempted to confer with the Defendant via telephone prior to the filing of this Motion. However, Defendant did not answer and her answering machine does not accept messages. Defendant has not provided an email address.

WHEREFORE, Plaintiff UNITED STATES OF AMERICA respectfully requests that this Court grant the instant motion and provide an additional twenty days within which to research and substantively respond to Defendant's Motion.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Regular US Mail on this 16th day of September, 2016 to Shirley A. Varnado, 8442 S.W. 44th Place, Davie, FL 33328.

Respectfully submitted,

BECKER & POLIAKOFF, P.A.
Counsel for Plaintiff
121 Alhambra Plaza, 10th Floor
Coral Gables, FL 33134
Telephone: (305)262-4433
Facsimile: (305) 442-2232
E-mail: sdavis@becker-poliakoff.com

_____
Steven M. Davis, Esq.
Florida Bar No. 894249

ACTIVE: U06092/114588:8961753_1_SDAVIS